# Court of Appeals
# of the State of Georgia

ATLANTA,  April 17, 2024

*The Court of Appeals hereby passes the following order:*

## A24A1162. GARY CONNER v. SHONDRA HOLMES.

In 2020, the trial court granted Shondra Holmes's petition for a stalking ex-parte temporary protective order against Gary Conner. In 2023, Conner filed a pro se "Motion to Arrest Void Judgment," arguing that the protective order was invalid. When the trial court denied Conner's motion, he filed both a discretionary application, which this Court denied,[1] and this appeal.

Pretermitting whether the order denying Conner's motion is directly appealable, further appellate review of that order is barred because of this Court's denial of his discretionary application. See *Ross v. State*, 310 Ga. App. 326, 327 (713 SE2d 438) (2011) ("[A]ny issue that was raised and resolved in an earlier appeal is the law of the case and is binding on this Court . . . .") (punctuation and footnote omitted); *Hook v. Bergen*, 286 Ga. App. 258, 261 (1) (649 SE2d 313) (2007) ("[T]he denial of an application for discretionary appeal is an adjudication on the merits of the underlying order and acts as res judicata in subsequent proceedings."). Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  04/17/2024*

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.

---

[1] See Case No. A24D0269 (denied Mar. 25, 2024).